UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 12-27104
Kyle S. Urbasek & Alyssa C. Knoderer )
 )
 )  Chapter: 7
 )
 )  Honorable Bruce W. Black
 )
Debtor(s) )

## ORDER TO WITHDRAW UNCLAIMED FUNDS

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $2,563.66 as follows:

 1. $1,281.83 to Kyle S. Urbasek, co-claimant, c/o Dilks & Knopik, LLC

 2. $ 1,281.83 to Alyssa C. Knoderer, co-claimant, c/o Dilks & Knopik, LLC,

Claimant Kyle Urbasek's last four digits of Social Security nunber or EIN #: 4723
Claimant Alyssa Knoderer's last four digits of Social Security number or EIN #: 5353
Dilks & Knopik, LLC's last four digits of EIN #: 9851

   Pursuant to the Change of Address previously filed with the Court, the funds should be sent to: Kyle S. Urbasek & Alyssa C. Knoderer, claimant, c/o Dilks & Knopik, LLC, c/o Dilks & Knopik, LLC 35308 SE Center Street, Snoqualmie, WA 98065

Enter:

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated: 1/5/17

**Prepared by:**

David R. Herzog
HERZOG & SCHWARTZ, P.C.
77 W. Washington Street, Suite 1400
Chicago, IL 60602
312-977-1600

Rev: 201100318_bko